UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,       Case No.: 8:18-cv-720-T-17TGW

        Plaintiff,

v.

TERRACE PROPERTIES PARTNERS,
 LTD a Florida Limited Partnership,

        Defendant.
_____/

### ANSWERS TO COURT INTERROGATORIES

1.     Residence address.

**Patricia Kennedy**
**9205 NW 80th Street**
**Tamarac, FL 33321**

2.     Name of current employer and place of employment.

**Mental Health Assoc.-9 Muses Art Center**
**7139 West Oakland Park Blvd.**
**Lauderhill, FL  33313**

3.     Date(s) and time(s) that you visited the facility

**I visited Defendant's website on or around March 3, 2018 at approximately 12:42 P.M.**

4.     Purpose of your visit(s) and duration of your stay(s).

**I went to the website to ascertain whether it was compliant.**

5.     Did anyone accompany you? If so, who?

**Yes.  Daniel Pezza was also present while I was on the website.**

6.   Describe the nature of your disability.

**Mobility impaired due to spinal cord injury**

7.   Specifically list each architectural barrier that you personally observed or experienced at the subject property.

**I reviewed Defendant's website (http//www.terracehotel.com/).  The website does not identify and describe accessible features in the hotel and guest rooms offered through its reservations service in enough detail to reasonably permit me to assess independently whether a hotel or guest room meets my accessibility needs.**

**The website did not provide any information pertaining to its accessible guest rooms, or other accessible features of the property, including but not limited to lobby restrooms, pool lifts, or other accessible features in its guest amenities, and did not provide any information pertaining to its accessible guest rooms, including but not limited to commodes, sinks, grab bars, bathing and restroom features, controls and operating mechanisms, maneuverability, and other features required to be accessible.**

8.   Did you take notes or make a contemporaneous record of these barriers? If so, attach a copy to these Answers.

**I did not make a contemporaneous record, but have attached screen shots and notes made by Daniel Pezza as Exhibit "A."**

9.   Please list any other Title III cases in which you have been a party in this District.

**I have attached a list of cases responsive to this question as Exhibit "B."**

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

4-5-2018
_____
DATE

_____
Patricia Kennedy

# EXHIBIT A











I was with Patricia Kennedy at the time of this investigation and we reviewed the website together. In this regard, we determined that:

1.    The subject website may be utilized and/or reviewed as a reference by the general public for making reservations for guest room accommodations.

2.    The website does not "Identify and describe accessible features in the hotels and guest rooms offered through its reservations service in enough detail to reasonably permit individuals with disabilities to assess independently whether a given hotel or guest room meets his or her accessibility needs".

       In this regard, the website:

       -      did not identify its accessible guest rooms, or other accessible features of the property, such as accessible lobby restrooms, pool lifts, or other accessible features in its guest amenities, and

       -      did not provide any information pertaining to its accessible guest rooms, including but not limited to commodes, sinks, grab bars, bathing and restroom features, controls and operating mechanisms, maneuverability, and other features required to be accessible.

# EXHIBIT B

| | | | |
|---|---|---|---|
| 2:06-cv-00178-UA-SPC | Access For The Disabled, Inc., et al v. Pohlmann et al | filed 04/03/06 | closed 02/05/07 |
| 2:06-cv-00289-JES-DNF | Access For The Disabled, Inc., et al v. Estero Bay Hotel Company | filed 06/14/06 | closed 06/05/07 |
| 2:11-cv-00535-JES-SPC | Access For The Disabled, Inc. et al v. The TJX Companies, Inc. | filed 09/23/11 | closed 01/03/12 |
| 2:12-cv-00095-UA-SPC | Access for the Disabled, Inc. et al v. Burlington Coat Factory Warehouse Corporation | filed 02/23/12 | closed 11/14/12 |
| 2:12-cv-00490-JES-UAM | Access for the Disabled et al v. W Corp. Holdings of Collier County, Inc. | filed 09/04/12 | closed 11/29/13 |
| 2:15-cv-00630-JES-CM | Kennedy v. Radio Road Plaza Investments, LLC | filed 10/09/15 | closed 04/04/16 |
| 2:15-cv-00631-JES-CM | Kennedy v. Naples Park Plaza, LLC | filed 10/09/15 | closed 05/31/16 |
| 2:15-cv-00632-JES-CM | Kennedy v. Murphy et al | filed 10/09/15 | closed 09/20/16 |
| 2:15-cv-00673-CM | Kennedy v. Del Mar Retail Center Condominium Association, Inc. et al | filed 10/29/15 | closed 06/30/16 |
| 2:15-cv-00707-CM | Kennedy v. Schulte | filed 11/12/15 | closed 06/13/16 |
| 2:15-cv-00724-SPC-CM | Kennedy v. Llerena et al | filed 11/23/15 | closed 06/23/16 |
| 2:15-cv-00736-SPC-MRM | Kennedy v. West Coast Development Corporation of Naples, Inc. | filed 11/30/15 | closed 08/25/16 |
| 2:15-cv-00757-JES-MRM | Kennedy v. Mt. Ridge Realty Associates, LLC | filed 12/04/15 | closed 12/05/16 |
| 2:15-cv-00760-MRM | Kennedy v. Welsh Companies Florida, Inc. et al | filed 12/07/15 | closed 05/10/16 |
| 2:15-cv-00761-JES-CM | Kennedy v. Captain Investments, Inc. | filed 12/07/15 | closed 10/14/16 |
| 2:15-cv-00772-SPC-CM | Kennedy v My Naples Sunshine, LLC et al | filed 12/10/15 | closed 05/19/16 |
| 2:15-cv-00775-JES-MRM | Kennedy v. Pipers Crossing 1202, LLC et al | filed 12/11/15 | closed 08/25/16 |
| 2:15-cv-00801-JES-CM | Kennedy v. PMAT Prado LLC et al | filed 12/28/15 | closed 04/08/16 |
| 2:16-cv-00091-SPC-CM | Kennedy v. SWF Investments LLC | filed 02/03/16 | closed 07/18/16 |
| 2:16-cv-00092-SPC-MRM | Kennedy v. Kite Eagle Creek, LLC | filed 02/03/16 | closed 04/15/16 |
| 2:16-cv-00093-JES-CM | Kennedy v. Arena et al | filed 02/03/16 | closed 05/05/16 |

| | | | |
|---|---|---|---|
| 2:16-cv-00094-MRM | Kennedy v. Area Realty Florida, LLC | filed 02/03/16 | closed 05/19/16 |
| 2:16-cv-00095-SPC-MRM | Kennedy v. IPTV-B-CO6, LLC et al | filed 02/03/16 | closed 08/05/16 |
| 2:16-cv-00096-JES-CM | Kennedy v. Katlou, LLC | filed 02/03/16 | closed 01/17/17 |
| 2:16-cv-00097-JES-MRM | Kennedy v. NYFL Commercial Holdings 2, LLC | filed 02/03/16 | closed 08/04/16 |
| 2:16-cv-00098-SPC-CM | Kennedy v. Brixmor Park Shore Outparcel LLC et al | filed 02/03/16 | closed 07/26/16 |
| 2:16-cv-00102-JES-MRM | Kennedy v. Griffin Bonita Springs Properties LLC | filed 02/04/16 | closed 04/20/16 |
| 2:16-cv-00125-JES-MRM | Kennedy v. Spragins et al | filed 02/12/16 | closed 11/08/16 |
| 2:16-cv-00132-SPC-CM | Kennedy v. J P R Trusting Enterprise, Inc. | filed 02/16/16 | closed 12/05/16 |
| 2:16-cv-00133-JES-CM | Kennedy v. Vercil E. and Helene Senseman LLP et al | filed 02/16/16 | closed 12/21/16 |
| 2:16-cv-00134-SPC-CM | Kennedy v. Pelican Village Plaza, LLC et al | filed 02/16/16 | closed 05/27/16 |
| 2:16-cv-00135-JES-MRM | Kennedy v. NYFL Commercial Holdings, LLC et al | filed 02/16/16 | closed 06/02/16 |
| 2:16-cv-00147-JES-MRM | Kennedy v. Divito Enterprises Limited Partnership | filed 02/19/16 | closed 10/07/16 |
| 2:16-cv-00148-SPC-CM | Kennedy v. Roumely, Inc. | filed 02/19/16 | closed 09/08/16 |
| 2:16-cv-00164-JES-MRM | Kennedy v. First CZ Real Estate, LLC | filed 02/29/16 | closed 03/25/16 |
| 2:16-cv-00175-JES-CM | Kennedy v. Indulok Corporation | filed 03/07/16 | closed 12/01/16 |
| 2:16-cv-00176-SPC-MRM | Kennedy v. CS College Parkway, LLC | filed 03/07/16 | closed 03/31/16 |
| 2:16-cv-00177-JES-MRM | Kennedy v. Forest Plaza, LLC | filed 03/07/16 | closed 07/26/16 |
| 2:16-cv-00178-JES-MRM | Kennedy v. The Prudential Insurance Company of America | filed 03/07/16 | closed 06/08/16 |
| 2:16-cv-00179-CM | Kennedy v. Howell | filed 03/07/16 | closed 08/03/17 |
| 2:16-cv-00180-JES-MRM | Kennedy v. Dollar Tree Stores, Inc. et al | filed 03/07/16 | closed 09/21/16 |
| 2:16-cv-00191-SPC-MRM | Kennedy v. Musca Properties, LLC et al | filed 03/14/16 | closed 04/18/17 |
| 2:16-cv-00192-SPC-CM | Kennedy v. Pipeline Properties, LLC et al | filed 03/14/16 | closed 10/31/16 |
| 2:16-cv-00193-JES-MRM | Kennedy v. McGregor Pointe Shopping Center, LLC | filed 03/14/16 | closed 04/21/16 |

| | | | |
|---|---|---|---|
| 2:16-cv-00194-SPC-MRM | Kennedy v. DFG-Plantation, LLC | filed 03/14/16 | closed 08/23/16 |
| 2:16-cv-00195-JES-MRM | Kennedy v. RLR1, LLC et al | filed 03/14/16 | closed 11/02/16 |
| 2:16-cv-00196-SPC-CM | Kennedy v. Bickimer et al | filed 03/14/16 | closed 01/17/17 |
| 2:16-cv-00197-JES-CM | Kennedy v. Benderson et al | filed 03/14/16 | closed 08/26/16 |
| 2:16-cv-00213-SPC-MRM | Kennedy v. 2014 Bonita Springs L.L.L.P. et al | filed 03/18/16 | closed 07/05/16 |
| 2:16-cv-00214-SPC-MRM | Kennedy v. Three J'S L.L.P. et al | filed 03/18/16 | closed 02/23/18 |
| 2:16-cv-00220-SPC-CM | Kennedy v. Plaza Fort Myers, LLC | filed 03/21/16 | closed 08/03/16 |
| 2:16-cv-00221-SPC-CM | Kennedy v. Wynn Properties, Inc. | filed 03/21/16 | closed 07/11/16 |
| 2:16-cv-00222-SPC-MRM | Kennedy v. Shoppes of Estero | filed 03/21/16 | closed 08/03/16 |
| 2:16-cv-00229-JES-MRM | Kennedy v. CH Realty VI/R Naples Neapolitan LLC | filed 03/24/16 | closed 10/07/16 |
| 2:16-cv-00231-JES-MRM | Kennedy v. Bonita Grande Investment, L.L.C. | filed 03/25/16 | closed 12/27/16 |
| 2:16-cv-00236-SPC-MRM | Kennedy v. Weiner et al | filed 03/28/16 | closed 11/30/16 |
| 2:16-cv-00253-JES-CM | Kennedy v. Bruno et al | filed 04/04/16 | closed 08/30/16 |
| 2:16-cv-00254-JES-CM | Kennedy v. CMH Group LLC | filed 04/04/16 | closed 12/19/16 |
| 2:16-cv-00275-UA-CM | Kennedy v. Prisa Summerlin FL, LLC | filed 04/13/16 | closed 08/23/16 |
| 2:16-cv-00276-SPC-MRM | Kennedy v. Pru Hammock Cove, LLC | filed 04/13/16 | closed 07/22/16 |
| 2:16-cv-00277-SPC-CM | Kennedy v. Musca Properties, LLC et al | filed 04/13/16 | closed 10/07/16 |
| 2:16-cv-00310-MRM | Kennedy v. Grand Bay Station LLC | filed 04/27/16 | closed 08/03/16 |
| 2:16-cv-00311-SPC-CM | Kennedy v. Publix Super Markets, Inc. | filed 04/27/16 | closed 02/14/17 |
| 2:16-cv-00318-SPC-CM | Kennedy v. Regency Realty Group, Inc. | filed 04/29/16 | closed 11/28/16 |
| 2:16-cv-00325-SPC-MRM | Kennedy v. REG8 Berkshire Common, LLC | filed 05/02/16 | closed 10/27/16 |
| 2:16-cv-00344-JES-CM | Kennedy v. JLB Ft Myers LLC | filed 05/09/16 | closed 09/08/16 |
| 2:16-cv-00345-JES-CM | Kennedy v. CH Realty VI/R Naples Crossroads, LLC | filed 05/09/16 | closed 09/23/16 |

| | | | |
|---|---|---|---|
| 2:16-cv-00358-SPC-CM | Kennedy v. Baldwin | filed 05/12/16 | closed 08/04/17 |
| 2:16-cv-00371-JES-MRM | Kennedy v. Regency Square FM, LLC | filed 05/16/16 | closed 10/13/16 |
| 2:16-cv-00384-JES-MRM | Kennedy v. DAD Development Corp. | filed 05/19/16 | closed 08/25/16 |
| 2:16-cv-00406-SPC-MRM | Kennedy v. PLN Properties, LLC | filed 05/26/16 | closed 10/31/16 |
| 2:16-cv-00578-SPC-CM | Kennedy v. Regency Realty Group, Inc. et al | filed 07/25/16 | closed 03/15/17 |
| 2:16-cv-00615-JES-MRM | Kennedy v. Reg8 Berkshire Commons, LLC | filed 08/08/16 | closed 10/27/16 |
| 2:16-cv-00616-SPC-CM | Kennedy v. Publix Super Markets, Inc. | filed 08/08/16 | closed 12/13/16 |
| 2:16-cv-00635-UA-MRM | Kennedy v. SWF Investments, L.L.C. | filed 08/15/16 | |
| 2:16-cv-00644-SPC-MRM | Kennedy v. Perseco Corporation | filed 08/19/16 | closed 12/07/16 |
| 2:16-cv-00681-JES-MRM | Kennedy v. 3 Carter's Subway, Inc. | filed 09/06/16 | closed 01/18/17 |
| 2:16-cv-00700-JES-CM | Kennedy v. Shadow Court Fuels, Inc. | filed 09/13/16 | closed 03/06/17 |
| 2:16-cv-00722-SPC-CM | Kennedy v. PSM Colonial Crossings, LLC et al | filed 09/23/16 | closed 02/09/17 |
| 2:16-cv-00742-SPC-MRM | Kennedy v. Bonita Diner, LLC | filed 09/30/16 | closed 04/26/17 |
| 2:16-cv-00766-JES-MRM | Kennedy v. Colonial Funding Group, LLC et al | filed 10/14/16 | closed 02/13/17 |
| 2:16-cv-00806-JES-CM | Kennedy v. Gulf Gate Plaza, LLC | filed 10/31/16 | closed 02/27/18 |
| 2:16-cv-00817-JES-CM | Kennedy v. Publix Super Markets, Inc. | filed 11/07/16 | closed 12/05/16 |
| 2:16-cv-00818-SPC-CM | Kennedy v. The Shoppes at San Carlos et al | filed 11/07/16 | closed 05/16/17 |
| 2:16-cv-00858-JES-CM | Kennedy v. BRE Mariner Marco Town Center LLC | filed 11/30/16 | closed 05/16/17 |
| 2:17-cv-00028-SPC-MRM | Kennedy v. LQ Florida Properties, L.L.C. | filed 01/17/17 | closed 05/04/17 |
| 2:17-cv-00039-UA-CM | Kennedy v. L Q Florida Properties L.L.C. | filed 01/23/17 | closed 01/25/17 |
| 2:17-cv-00072-JES-MRM | Kennedy v. Pappas et al | filed 02/02/17 | closed 02/09/17 |
| 2:17-cv-00089-JES-CM | Kennedy v. TICC Investments, LLC et al | filed 02/06/17 | closed 06/22/17 |
| 2:17-cv-00358-SPC- | Kennedy v. Tamiami Hotel LLC | filed 06/26/17 | closed 11/20/17 |

| | | | |
|---|---|---|---|
| CM | | | |
| 2:17-cv-00359-JES-CM | Kennedy v. Satvik Shradhdha LLC | filed 06/26/17 | closed 11/13/17 |
| 2:17-cv-00432-SPC-CM | Kennedy v. Ackerman et al | filed 07/28/17 | closed 01/09/18 |
| 2:17-cv-00433-JES-CM | Kennedy v. Laporta Florida Center, LLC et al | filed 07/28/17 | closed 03/05/18 |
| 2:17-cv-00696-SPC-MRM | Kennedy v. U and V Food Corporation et al | filed 12/18/17 | |
| 2:18-cv-00190-JES-CM | Kennedy v. Naples Hotel Company | filed 03/21/18 | |
| 2:18-cv-00196-UA-CM | Kennedy v. Diamond Resorts Management,Inc. | filed 03/23/18 | |
| 3:18-cv-00326-BJD-JBT | Kennedy v. Ponte Vedra Corporation | filed 03/05/18 | |
| 3:18-cv-00338-HLA-JBT | Kennedy v. Hionides et al | filed 03/09/18 | |
| 3:18-cv-00401-TJC-MCR | Kennedy v. Color Black LLC | filed 03/26/18 | |
| 5:17-cv-00286-CEM-PRL | Kennedy v. Pope | filed 06/26/17 | closed 01/11/18 |
| 5:17-cv-00355-JSM-PRL | Kennedy v. Quick Stop Leesburg LLC et al | filed 07/28/17 | closed 11/15/17 |
| 5:17-cv-00437-JSM-PRL | Kennedy v. Kenya Core, LLC et al | filed 09/25/17 | closed 03/02/18 |
| 5:17-cv-00442-JSM-PRL | Kennedy v. Pacifica Tampa LTD Partnership | filed 09/28/17 | closed 01/26/18 |
| 5:17-cv-00444-JSM-PRL | Kennedy v. Tavares Property Investment, LLC | filed 06/23/17 | closed 12/06/17 |
| 5:18-cv-00011-JSM-PRL | Kennedy v. ASVP Hospitality LLC | filed 01/08/18 | closed 02/22/18 |
| 6:02-cv-00114-GAP | Disability Advocacy, et al v. Orlando TM Assoc., et al | filed 01/31/02 | closed 03/29/04 |
| 6:06-cv-00857-ACC-UAM | Access For The Disabled, Inc. et al v. STF Investments, LLC et al | filed 06/23/06 | closed 02/22/07 |
| 6:08-mc-00080-GAP-DAB | Access For The Disabled, Inc. et al v. The Shack Holdings, LLC | filed 07/30/08 | closed 08/05/08 |
| 6:16-cv-01849-PGB-DCI | Kennedy v. Melbourne Beach, L.L.C. | filed 10/24/16 | closed 01/09/18 |
| 6:16-cv-01850-JA-TBS | Kennedy v. Melbourne Hotel, LLC | filed 10/24/16 | closed 04/26/17 |
| 6:16-cv-01851-CEM-KRS | Kennedy v. Paradise Beach Properties, LLC | filed 10/24/16 | closed 05/03/17 |
| 6:16-cv-02128-ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 12/12/16 | closed 01/24/18 |

| | | | |
|---|---|---|---|
| 6:16-cv-02208-GAP-DCI | Kennedy v. Paniccia-Indialantic, LLC | filed 12/27/16 | |
| 6:17-cv-00073-GAP-GJK | Kennedy v. Telemachos | filed 01/17/17 | closed 09/05/17 |
| 6:17-cv-00074-ACC-TBS | Kennedy v. Schling LLC et al | filed 01/17/17 | closed 11/15/17 |
| 6:17-cv-00089-PGB-TBS | Kennedy v. Dolgencorp, LLC et al | filed 01/19/17 | closed 12/22/17 |
| 6:17-cv-00090-KRS | Kennedy v. 2501 LLC | filed 01/19/17 | |
| 6:17-cv-00206-ACC-GJK | Kennedy v. Downtown Edgewater Plaza Condominium Association, Inc. et al | filed 02/06/17 | closed 04/14/17 |
| 6:17-cv-00207-GAP-DCI | Kennedy v. TICC Investments, LLC et al | filed 02/06/17 | closed 02/10/17 |
| 6:17-cv-00210-GAP-KRS | Kennedy v. Wall et al | filed 02/06/17 | closed 05/12/17 |
| 6:17-cv-00211-ACC-KRS | Kennedy v. Keller et al | filed 02/06/17 | closed 06/27/17 |
| 6:17-cv-00240-GAP-KRS | Kennedy v. Pappas et al | filed 02/02/17 | closed 05/03/17 |
| 6:17-cv-00259-RBD-DCI | Kennedy v. K-P New Smyrna, Inc. | filed 02/13/17 | closed 03/21/17 |
| 6:17-cv-00271-JA-KRS | Kennedy v. Nesh Investments Inc et al | filed 02/16/17 | closed 08/15/17 |
| 6:17-cv-00284-CEM-TBS | Kennedy v. Peggy's Country Kitchen, Inc. | filed 02/17/17 | closed 05/08/17 |
| 6:17-cv-00303-PGB-DCI | Kennedy v. Brevard Management, LLC | filed 02/22/17 | |
| 6:17-cv-00418-PGB-TBS | Kennedy v. Kunik et al | filed 03/08/17 | closed 08/09/17 |
| 6:17-cv-00419-CEM-DCI | Kennedy v. Hawkins et al | filed 03/08/17 | closed 01/16/18 |
| 6:17-cv-00421-CEM-DCI | Kennedy v. Gal et al | filed 03/08/17 | closed 05/08/17 |
| 6:17-cv-00448-ACC-KRS | Kennedy v. Skyview Plaza, LLC. et al | filed 03/13/17 | closed 01/24/18 |
| 6:17-cv-00449-ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 03/13/17 | closed 01/24/18 |
| 6:17-cv-00450-ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 03/13/17 | closed 01/24/18 |
| 6:17-cv-00452-ACC-KRS | Kennedy v. Skyview Plaza, LLC. | filed 03/13/17 | closed 01/24/18 |
| 6:17-cv-00453-ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 03/13/17 | closed 01/24/18 |

| | | | |
|---|---|---|---|
| 6:17-cv-00454-GAP-KRS | Kennedy v. IMDAD Haider IRA, LLC et al | filed 03/13/17 | closed 09/20/17 |
| 6:17-cv-00455-GAP-DCI | Kennedy v. Prime Petro, Inc. | filed 03/13/17 | closed 07/19/17 |
| 6:17-cv-00488-GAP-KRS | Kennedy v. HDBF, LLC et al | filed 03/17/17 | closed 05/22/17 |
| 6:17-cv-00496-RBD-KRS | Kennedy v. Park Plaza Of Edgewater Homeowners Association, Inc. et al | filed 03/20/17 | closed 05/19/17 |
| 6:17-cv-00537-PGB-DCI | Kennedy v. Cape Siesta Motel, LLC et al | filed 03/27/17 | |
| 6:17-cv-00547-GAP-KRS | Kennedy v. JPPG, LLC. et al | filed 03/28/17 | closed 05/25/17 |
| 6:17-cv-00548-RBD-DCI | Kennedy v. Rocket Liquors, Inc. et al | filed 03/28/17 | closed 08/15/17 |
| 6:17-cv-00549-RBD-DCI | Kennedy v. Puleio Enterprises, LLC et al | filed 03/28/17 | closed 09/07/17 |
| 6:17-cv-00550-GAP-DCI | Kennedy v. Ichikoshi USA, Inc. et al | filed 03/28/17 | closed 06/27/17 |
| 6:17-cv-00591-GAP-TBS | Kennedy v. L&C Arlington Pines Partnership, LLC | filed 04/03/17 | |
| 6:17-cv-00593-CEM-TBS | Kennedy v. Balajio, LLC | filed 04/03/17 | |
| 6:17-cv-00594-JA-KRS | Kennedy v. VK Realty, LLC | filed 04/03/17 | closed 01/08/18 |
| 6:17-cv-00595-GAP-DCI | Kennedy v. All-Suite Motel, LLC | filed 04/03/17 | |
| 6:17-cv-00596-PGB-KRS | Kennedy v. Chris Pappas as Trustee of the Chris Pappas Revocable Living Trust et al | filed 04/03/17 | closed 08/22/17 |
| 6:17-cv-00605-CEM-GJK | Kennedy v. Solano et al | filed 04/05/17 | closed 01/18/18 |
| 6:17-cv-00634-PGB-DCI | Kennedy v. Taco City 3, Inc. | filed 04/10/17 | closed 02/14/18 |
| 6:17-cv-00638-GAP-DCI | Kennedy v. DG Beach Waves, Inc. | filed 04/10/17 | closed 05/08/17 |
| 6:17-cv-00640-RBD-KRS | Kennedy v. KSK Investments, LLC et al | filed 04/10/17 | closed 08/30/17 |
| 6:17-cv-00641-RBD-DCI | Kennedy v. Gasperilla Lodging, LLC | filed 04/10/17 | closed 10/20/17 |
| 6:17-cv-00661-JA-DCI | Kennedy v. BG's Group, Inc. | filed 04/12/17 | closed 10/20/17 |
| 6:17-cv-00732-PGB-GJK | Kennedy v. Baugher et al | filed 04/24/17 | closed 02/09/18 |
| 6:17-cv-00734-RBD-KRS | Kennedy v. Palm Harbor Assoc Inc. et al | filed 04/24/17 | closed 06/22/17 |

| | | | |
|---|---|---|---|
| 6:17-cv-00735-GAP-DCI | Kennedy v. Roseland Plaza LLC et al | filed 04/24/17 | closed 01/16/18 |
| 6:17-cv-00736-CEM-KRS | Kennedy v. Richmond et al | filed 04/24/17 | closed 06/12/17 |
| 6:17-cv-00737-PGB-KRS | Kennedy v. T & M United Corporation | filed 04/24/17 | closed 07/14/17 |
| 6:17-cv-00757-RBD-DCI | Kennedy v. Petro Management, Inc. et al | filed 04/26/17 | closed 08/01/17 |
| 6:17-cv-00780-RBD-GJK | Kennedy v. Ace Handiman Hardware of Cocoa Beach, Inc. et al | filed 05/01/17 | closed 10/04/17 |
| 6:17-cv-00840-CEM-GJK | Kennedy v. Smith | filed 05/10/17 | closed 08/07/17 |
| 6:17-cv-00844-RBD-KRS | Kennedy v. Dad 1300 N Atlantic Cocoa, LP | filed 05/11/17 | closed 11/20/17 |
| 6:17-cv-00888-GAP-GJK | Kennedy v. Shrimp Happens, Inc. | filed 05/17/17 | closed 07/14/17 |
| 6:17-cv-00964-GAP-TBS | Kennedy v. Tyloyleonson, Inc. | filed 05/26/17 | closed 11/13/17 |
| 6:17-cv-00981-CEM-DCI | Kennedy v. Port St. John Station LLC | filed 05/31/17 | closed 12/13/17 |
| 6:17-cv-01047-RBD-GJK | Kennedy v. Beachside Commercial Properties, LLC et al | filed 06/08/17 | closed 09/25/17 |
| 6:17-cv-01125-PGB-DCI | Kennedy v. Corbett | filed 06/19/17 | closed 11/15/17 |
| 6:17-cv-01181-PGB-GJK | Kennedy v. F & R Enterprises, L.L.C | filed 06/26/17 | closed 08/17/17 |
| 6:17-cv-01182-PGB-DCI | Kennedy v. Mahesh Properties, Inc. | filed 06/26/17 | closed 08/17/17 |
| 6:17-cv-01183-GAP-GJK | Kennedy v. SCF RC Funding I LLC et al | filed 06/26/17 | |
| 6:17-cv-01184-GAP-TBS | Kennedy v. Le et al | filed 06/26/17 | closed 10/03/17 |
| 6:17-cv-01185-PGB-KRS | Kennedy v. Florida T&T Enterprise Inc. | filed 06/26/17 | closed 10/05/17 |
| 6:17-cv-01186-PGB-DCI | Kennedy v. Nguyen | filed 06/26/17 | closed 03/06/18 |
| 6:17-cv-01187-CEM-DCI | Kennedy v. PH & NJ Limited Liability Company | filed 06/26/17 | closed 08/02/17 |
| 6:17-cv-01188-CEM-TBS | Kennedy v. S & S Ferrara III, Inc. | filed 06/26/17 | closed 03/06/18 |
| 6:17-cv-01189-PGB-GJK | Kennedy v. Circle K Stores Inc. | filed 06/26/17 | closed 09/14/17 |
| 6:17-cv-01199-GAP-GJK | Kennedy v. 20-02190 Garden St LLC | filed 06/28/17 | closed 07/11/17 |

| | | | |
|---|---|---|---|
| 6:17-cv-01225-CEM-TBS | Kennedy v. RP & LM Enterprises, Inc. | filed 07/03/17 | closed 08/25/17 |
| 6:17-cv-01273-CEM-GJK | Kennedy v. Mas Food Mart, Inc. | filed 07/12/17 | closed 01/24/18 |
| 6:17-cv-01274-RBD-DCI | Kennedy v. UFF DAA, Inc | filed 07/12/17 | closed 07/28/17 |
| 6:17-cv-01275-GAP-TBS | Kennedy v. Panita Food, Inc. et al | filed 07/12/17 | closed 08/03/17 |
| 6:17-cv-01276-CEM-KRS | Kennedy v. Tekelewold | filed 07/12/17 | |
| 6:17-cv-01314-GAP-GJK | Kennedy v. All American Oil, LLC | filed 07/17/17 | closed 08/29/17 |
| 6:17-cv-01315-GAP-DCI | Kennedy v. Shivstar Investments LLC | filed 07/17/17 | closed 01/05/18 |
| 6:17-cv-01378-RBD-KRS | Kennedy v. Giant Oil, Inc. | filed 07/26/17 | closed 11/29/17 |
| 6:17-cv-01403-RBD-GJK | Kennedy v. Basila et al | filed 07/31/17 | closed 12/20/17 |
| 6:17-cv-01404-PGB-DCI | Kennedy v. OHM, Inc. | filed 07/31/17 | closed 10/06/17 |
| 6:17-cv-01573-CEM-KRS | Kennedy v. Woodcock | filed 08/30/17 | closed 10/17/17 |
| 6:17-cv-01576-CEM-GJK | Kennedy v. Circle K Stores, Inc. | filed 08/31/17 | closed 09/14/17 |
| 6:17-cv-01577-GAP-DCI | Kennedy v. Sat Guru Enterprises, Inc. | filed 08/31/17 | |
| 6:17-cv-01578-PGB-KRS | Kennedy v. Patel et al | filed 08/31/17 | closed 11/01/17 |
| 6:17-cv-01579-PGB-DCI | Kennedy v. Bindi, Inc. | filed 08/31/17 | |
| 6:17-cv-01580-CEM-DCI | Kennedy v. Ali et al | filed 08/31/17 | closed 10/04/17 |
| 6:17-cv-01581-GAP-GJK | Kennedy v. Sunshine State Holdings II, Inc. | filed 08/31/17 | closed 11/13/17 |
| 6:17-cv-01582-RBD-GJK | Kennedy v. M and S Investment Group, LLC | filed 08/31/17 | closed 11/03/17 |
| 6:17-cv-01583-GAP-GJK | Kennedy v. Silver Star Entity, LLC | filed 08/31/17 | closed 10/25/17 |
| 6:17-cv-01627-PGB-KRS | Kennedy v. ADI Viera Hotels, LLC | filed 09/13/17 | closed 03/05/18 |
| 6:17-cv-01687-GAP-GJK | Kennedy v. Cape Canaveral Shrimp Company, Inc. | filed 09/25/17 | closed 12/19/17 |
| 6:17-cv-01831-JA-DCI | Kennedy v. Cocoa Beach Development, Inc. et al | filed 10/23/17 | closed 02/21/18 |

| | | |
|---|---|---|
| 6:17-cv-01832-GAP-GJK | Kennedy v. Westgate Resorts, Ltd. | filed 10/23/17  closed 01/09/18 |
| 6:17-cv-01872-GAP-TBS | Kennedy v. Captain D's, LLC | filed 10/30/17 |
| 6:17-cv-01946-CEM-GJK | Kennedy v. I Shops Orlando, LLC | filed 11/13/17  closed 03/26/18 |
| 6:17-cv-01947-ACC-TBS | Kennedy v. Morse Realty, Inc. et al | filed 11/13/17  closed 01/04/18 |
| 6:17-cv-01948-RBD-TBS | Kennedy v. Daytona JTT, LLC | filed 11/13/17 |
| 6:17-cv-01949-PGB-TBS | Kennedy v. Mi Tierra Authentic Mexican Restaurant Inc. | filed 11/13/17 |
| 6:17-cv-01966-CEM-DCI | Kennedy v. Viksar Inc. et al | filed 11/15/17 |
| 6:17-cv-01967-GAP-TBS | Kennedy v. Clayton's Crab Holdings, Inc. et al | filed 11/15/17  closed 01/09/18 |
| 6:17-cv-01986-GAP-GJK | Kennedy v. Simpler Corp. | filed 11/20/17  closed 02/01/18 |
| 6:17-cv-01987-GAP-GJK | Kennedy v. G6 Hospitality, LLC | filed 11/20/17 |
| 6:17-cv-01988-JA-GJK | Kennedy v. Baugher Hotel Group, Inc. | filed 11/20/17  closed 03/27/18 |
| 6:17-cv-02014-RBD-TBS | Kennedy v. Orltell, LLC | filed 11/21/17 |
| 6:17-cv-02015-RBD-GJK | Kennedy v. Capital Investment Orlando, Inc. | filed 11/21/17  closed 01/30/18 |
| 6:17-cv-02016-CEM-KRS | Kennedy v. Cocoa Beach Capital Group, LLC | filed 11/21/17  closed 12/28/17 |
| 6:17-cv-02034-ACC-GJK | Kennedy v. Marriott International, Inc. | filed 11/24/17 |
| 6:17-cv-02101-JA-KRS | Kennedy v. Rosen Hotels and Resorts, Inc. | filed 12/07/17  closed 03/19/18 |
| 6:17-cv-02102-ACC-KRS | Kennedy v. Sanford Inn, Inc. | filed 12/07/17  closed 01/04/18 |
| 6:17-cv-02111-GAP-TBS | Kennedy v. Aayush Corporation et al | filed 12/08/17  closed 02/12/18 |
| 6:17-cv-02154-RBD-TBS | Kennedy v. Marriott International, Inc. | filed 12/18/17 |
| 6:17-cv-02157-ACC-TBS | Kennedy v. Schling LLC et al | filed 12/18/17 |
| 6:17-cv-02161-ACC-DCI | Kennedy v. Ramco Purveyor, LLC | filed 12/18/17 |
| 6:18-cv-00041-JA-GJK | Kennedy v. Shree Shivay LLC | filed 01/08/18 |
| 6:18-cv-00152-JA- | Kennedy v. PREM Investments Inc. | filed 01/29/18 |

| | | | |
|---|---|---|---|
| KRS | | | |
| 6:18-cv-00169-CEM-GJK | Kennedy v. McCoy Investments Hotel Management I LLC et al | filed 02/01/18 | |
| 6:18-cv-00210-PGB-TBS | Kennedy v. New Smyrna ACD LLC | filed 02/09/18 | |
| 6:18-cv-00314-ACC-TBS | Kennedy v. Harborside Suites, LLC | filed 03/02/18 | closed 03/08/18 |
| 6:18-cv-00322-GAP-KRS | Kennedy v. Crestwood Suites of Lakeland, LLC | filed 03/05/18 | closed 03/07/18 |
| 6:18-cv-00395-PGB-GJK | Kennedy v. G.E.J.E.L Management, Inc. | filed 03/15/18 | |
| 6:18-cv-00414-CEM-TBS | Kennedy v. Courtyard at Lake Lucerne, Inc. | filed 03/19/18 | |
| 6:18-cv-00427-ACC-DCI | Kennedy v. Milan Properties, Inc. | filed 03/23/18 | |
| 6:18-cv-00469-RBD-TBS | Kennedy v. T Old Town, LLC | filed 03/28/18 | |
| 6:18-cv-00470-PGB-TBS | Kennedy v. TRIKSPIN INC. | filed 03/28/18 | |
| 6:18-cv-00471-JA-KRS | Kennedy v. DM Sabannah LLC et al | filed 03/28/18 | |
| 8:11-cv-01830-EAK-TBM | Access For The Disabled, Inc. et al v. Kana Corporation | filed 08/15/11 | closed 03/28/12 |
| 8:11-cv-01832-JDW-TGW | Access For The Disabled, Inc. et al v. MEB Capital, Inc. | filed 08/15/11 | closed 04/26/12 |
| 8:11-cv-01960-VMC-TBM | Access For The Disabled, Inc. et al v. Shiv Shraddha, LLC | filed 08/29/11 | closed 04/20/12 |
| 8:11-cv-02158-VMC-MAP | Access for the Disabled, Inc. et al v. Sparta Nicholoudis Irrev. Trust 1/3 Int et al | filed 09/22/11 | closed 05/16/12 |
| 8:11-cv-02159-JDW-TGW | Access for the Disabled, Inc. et al v. Achutam, Inc. | filed 09/22/11 | closed 09/14/12 |
| 8:11-cv-02165-EAK-EAJ | Access For The Disabled, Inc. et al v. Okeechobee Inn, Inc. et al | filed 09/23/11 | closed 10/09/12 |
| 8:11-cv-02203-MSS-MAP | Access For The Disabled, Inc. et al v. J.H. Williams Oil Company, Inc. | filed 09/28/11 | closed 05/10/12 |
| 8:11-cv-02214-SDM-AEP | Access For The Disabled, Inc. et al v. Bering et al | filed 09/29/11 | closed 02/16/12 |
| 8:11-cv-02215-JDW-AEP | Access For The Disabled, Inc. et al v. Goor Group LLC | filed 09/29/11 | closed 08/15/12 |
| 8:11-cv-02342-JSM-EAJ | Access For The Disabled, Inc. et al v. First Resort, Inc. | filed 10/17/11 | closed 10/01/12 |
| 8:11-cv-02343-SDM-TBM | Access For The Disabled, Inc. et al v. Southby Partnership, Ltd. | filed 10/17/11 | closed 03/29/12 |
| 8:11-cv-02519-MSS-EAJ | Access For The Disabled, Inc. et al v. Welcome Hospitality of Sarasota, LLC | filed 11/07/11 | closed 12/12/12 |

| | | | |
|---|---|---|---|
| 8:11-cv-02565-VMC-EAJ | Access for the Disabled, Inc, et al v. Bre/Wellesley Properties, LLC | filed 11/14/11 | closed 03/21/12 |
| 8:11-cv-02567-JSM-EAJ | Access For The Disabled, Inc. et al v. Midho Partners 1, LLC | filed 11/14/11 | closed 04/12/12 |
| 8:12-cv-00303-MSS-MAP | Access for the Disabled, Inc. et al v. Brandon Gas and Grocery LLC | filed 02/13/12 | closed 08/28/12 |
| 8:12-cv-00379-MSS-TGW | Access for the Disabled, Inc. et al v. Vallejo | filed 02/23/12 | closed 08/14/12 |
| 8:12-cv-00380-VMC-TGW | Access for the Disabled, Inc. et al v. Roberts Hotels Tampa, LLC | filed 02/23/12 | closed 04/16/12 |
| 8:12-cv-00381-SDM-MAP | Access for the Disabled, Inc. et al v. Terrace Collection, Llc | filed 02/23/12 | closed 10/17/12 |
| 8:12-cv-00382-VMC-TBM | Access for the Disabled, Inc. et al v. Bapuji Inc. | filed 02/23/12 | closed 05/01/12 |
| 8:12-cv-00383-SDM-EAJ | Access for the Disabled, Inc. et al v. BRE/LQ FL Properties L.L.C. | filed 02/23/12 | closed 03/09/12 |
| 8:12-cv-00384-JSM-TGW | Access for the Disabled, Inc. et al v. KC Holdings of Brandon, LLC | filed 02/23/12 | closed 04/17/12 |
| 8:12-cv-00663-JSM-EAJ | Access for the Disabled, Inc. et al v. Patel | filed 03/28/12 | closed 12/27/12 |
| 8:12-cv-00819-SDM-EAJ | Access for the Disabled, Inc. et al v. BMC Properties V LLC | filed 04/16/12 | closed 06/19/12 |
| 8:12-cv-00820-MSS-MAP | Access for the Disabled, Inc. et al v. Odyssey Hotel Beta, Inc. | filed 04/16/12 | closed 11/06/12 |
| 8:12-cv-00821-VMC-AEP | Access for the Disabled, Inc. et al v. Island Inn Shores, Inc. | filed 04/16/12 | closed 06/20/12 |
| 8:12-cv-01139-VMC-TBM | Access for the Disabled, Inc. v. General Funding, Inc. | filed 05/21/12 | closed 08/07/12 |
| 8:12-cv-01140-SDM-TBM | Access for the Disabled, Inc. v. R.C. Caron Building Corporation | filed 05/21/12 | closed 02/28/13 |
| 8:12-cv-01144-JDW-MAP | Access for the Disabled, Inc. et al v. Homestyle Buffet and Grill, Inc. et al | filed 05/21/12 | closed 10/31/12 |
| 8:12-cv-01145-SCB-TGW | Access for the Disabled, Inc. et al v. Seacon, Inc. | filed 05/21/12 | closed 12/10/12 |
| 8:12-cv-01146-JDW-EAJ | Access for the Disabled, Inc. et al v. Thai Laina, L.L.C. | filed 05/21/12 | closed 06/26/12 |
| 8:12-cv-01147-EAK-MAP | Access for the Disabled, Inc. et al v. Key Note Inc. | filed 05/21/12 | closed 08/20/12 |
| 8:12-cv-01149-JDW-TBM | Access for the Disabled, Inc. et al v. Weili et al | filed 05/21/12 | closed 01/11/13 |
| 8:12-cv-01292-MSS-AEP | Access for the Disabled et al v. Easy Stop, Inc. et al | filed 06/08/12 | closed 12/10/12 |
| 8:12-cv-01293-MSS-TGW | Access for the Disabled et al v. Vanowen Street, LLC et al | filed 06/08/12 | closed 12/10/12 |
| 8:12-cv-01792-SDM- | Access for the Disabled, Inc. et al v. Arby's IP Holder | filed 08/08/12 | closed 12/18/12 |

| AEP | Trust | | |
|---|---|---|---|
| 8:12-cv-01851-EAK-TGW | Access for the Disabled, Inc. et al v. Sarasota Brewing Company III, Inc. | filed 08/15/12 | closed 11/05/12 |
| 8:12-cv-01853-MSS-MAP | Access for the Disabled, Inc. et al v. Supertel Hospitality Limited Partnership | filed 08/15/12 | closed 12/07/12 |
| 8:12-cv-02003-MSS-EAJ | Access for the Disabled et al v. Handy Food Stores, Inc. | filed 09/04/12 | closed 10/07/14 |
| 8:12-cv-02005-JSM-TGW | Kennedy v. Macy's, Florida Stores, LLC. | filed 09/04/12 | closed 08/06/13 |
| 8:12-cv-02013-MSS-TBM | Access for the Disabled, Inc. et al v. TIS, Inc | filed 09/05/12 | closed 03/01/13 |
| 8:12-cv-02084-JDW-TGW | Access for the Disabled, Inc. et al v. Hubbard Properties, LLC | filed 09/14/12 | closed 08/28/13 |
| 8:12-cv-02185-JSM-TGW | Access for the Disabled et al v. Vertical Assets of Elerton, LLC | filed 10/01/12 | closed 10/31/12 |
| 8:12-cv-02186-EAJ | Access for the Disabled et al v. EDZ, Inc. | filed 10/01/12 | closed 08/29/14 |
| 8:12-cv-02914-MSS-EAJ | Access for the Disabled, Inc. | filed 12/27/12 | closed 03/13/13 |
| 8:13-cv-03158-EAK-TGW | Access for the Disabled, Inc. et al v. EDZ, Inc. | filed 12/17/13 | closed 03/04/16 |
| 8:14-cv-00169-EAK-TBM | Access for the Disabled, Inc. et al v. Brown et al | filed 01/23/14 | closed 04/18/14 |
| 8:14-cv-00587-JSM-MAP | Access for the Disabled, Inc. et al v. Abdel et al | filed 03/10/14 | closed 07/08/14 |
| 8:17-cv-01516-JSM-JSS | Kennedy v. Tavares Property Investment, LLC | filed 06/23/17 | closed 09/29/17 |
| 8:17-cv-02763-JDW-JSS | Kennedy v. S.P. Sunshine D's Inc. | filed 11/15/17 | closed 01/17/18 |
| 8:18-cv-00002-EAK-TGW | Kennedy v. LB 500 LLC et al | filed 01/02/18 | |
| 8:18-cv-00072-EAK-AAS | Kennedy v. Fortune Street Hotel, Inc. et al | filed 01/10/18 | closed 02/21/18 |
| 8:18-cv-00074-JSM-TGW | Kennedy v. Insite Tampa DT, LLC | filed 01/10/18 | |
| 8:18-cv-00075-SDM-JSS | Kennedy v. Oxford FT Tampa Property Company, LLC | filed 01/10/18 | closed 02/28/18 |
| 8:18-cv-00150-EAK-AEP | Kennedy v. Provident Management Corporation | filed 01/18/18 | |
| 8:18-cv-00268-CEH-MAP | Kennedy v. Skan LLC | filed 02/01/18 | |
| 8:18-cv-00269-EAK-TGW | Kennedy v. Embassy Investments X, LLC | filed 02/01/18 | |
| 8:18-cv-00394-CEH-CPT | Kennedy v. Blue Jay Consultation, Inc. | filed 02/15/18 | |
| 8:18-cv-00525-JSM- | Kennedy v. Orion Beach Development V LLC | filed 03/05/18 | |

| | | |
|---|---|---|
| TGW | | |
| 8:18-cv-00546-MSS-AEP | Kennedy v. BBC Acquisition Group, LLC | filed 03/07/18 |
| 8:18-cv-00547-VMC-CPT | Kennedy v. Crestwood Suites of Lakeland, LLC | filed 03/07/18   closed 03/16/18 |
| 8:18-cv-00548-MSS-AAS | Kennedy v. Spring Hill Hotel LLC | filed 03/07/18 |
| 8:18-cv-00555-EAK-TGW | Kennedy v. Crestwood Suites of Lakeland, LLC | filed 03/05/18 |
| 8:18-cv-00560-SDM-AAS | Kennedy v. Harborside Suites, LLC | filed 03/02/18 |
| 8:18-cv-00572-CEH-JSS | Kennedy v. BB&T Hotel Investors LLC et al | filed 03/09/18 |
| 8:18-cv-00573-SCB-CPT | Kennedy v. Barefoot Beach Resort of Indian Shores Condominium Association Inc. | filed 03/09/18   closed 03/29/18 |
| 8:18-cv-00574-SCB-AAS | Kennedy v. Satya, Inc. | filed 03/09/18 |
| 8:18-cv-00640-CEH-TGW | Kennedy v. SH Sarasota LLC | filed 03/16/18 |
| 8:18-cv-00680-VMC-JSS | Kennedy v. Jamuna Corporation | filed 03/21/18 |
| 8:18-cv-00689-CEH-AAS | Kennedy v. Daus Investments LLC | filed 03/22/18 |
| 8:18-cv-00720-EAK-TGW | Kennedy v. Terrace Properties Partners, LTD | filed 03/26/18 |